# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ARAUZ, | Case No. CV 18-07556 JFW (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, et al., | |
| Respondents. | |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: September 10, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE